# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5145**

**September Term, 2024**

**1:23-cv-02621-TSC**

**Filed On:** August 5, 2025

James A. Stallans,

      Appellant

    v.

Architect of the Capitol,

      Appellee

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Katsas, Rao, and Walker, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's April 23, 2024 order dismissing appellant's complaint be affirmed. Appellant has identified no error in the district court's conclusion that he failed to show that he satisfied the exhaustion requirement of the Congressional Accountability Act, 2 U.S.C. § 1401(b)(1). See United States ex rel. Totten v. Bombardier Corp., 380 F.3d 488, 497 (D.C. Cir. 2004) (arguments not raised on appeal are forfeited).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                                  **FOR THE COURT:**
                                  Clifton B. Cislak, Clerk

                BY:    /s/
                        Daniel J. Reidy
                        Deputy Clerk